UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 12212 JLT

ROBERT L. ROMBOLI, by his )
Administratrix, CORNELIA ROMBOLI, )
and CORNELIA ROMBOLI, )
Individually, Plaintiff ) CIVIL ACTION NO.
 )
v. MAGISTRATE JUDGE ____
 )
 )
A. RITCHIE COMPANY, Defendant )

RECEIPT # ____
AMOUNT $150
SUMMONS ISSUED ____
LOCAL RULE 4.1 ____
WAIVER FORM ____
MCF ISSUED ____
BY DPTY. CLK. ____
DATE 10/21/04

NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Massachusetts:

The defendant, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., through its attorneys, MORIARTY, DONOGHUE & LEJA, P.C., hereby files this Notice of Removal of this action from the Trial Court, Superior Court Department for the County of Plymouth, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, Eastern Division, and in support of this Notice states:

1. As appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Plymouth, Commonwealth of Massachusetts, Civil Action No. 2004-00831, this cause of action was commenced on June 30, 2004. A summons and complaint were served by certified mail on the defendant on October 13, 2004. The summons and complaint purport to set forth claims for relief upon which the action is based. Copies of the summons and complaint received by the defendant are

attached hereto and marked Exhibits A & B.

2. This is a civil action alleging the defendant owed a duty of care to the defendant in stacking of flattened cardboard box bundles, and improperly loaded such bundles which caused a personal injury to the plaintiff's decedent. The complaint purports to set forth claims in negligence, loss of consortium and "loss of insurance benefits."

3. The plaintiff, Cornelia Romboli, in her individual capacity and as the administratrix of her husband's estate, alleges in the complaint that she is a resident of Carver, Plymouth County, Massachusetts.

4. The defendant, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., is incorporated in Texas, and maintains its principal place of business at 740 So. I-25 E. Frontage Road, Valley View, Texas.

5. Jurisdiction in the Federal Court is founded on the complete diversity of citizenship between the plaintiff and defendant and on 28 U.S.C. §1332. The amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy-five thousand Dollars ($75,000.00), as the plaintiffs' "statement of damages" filed in state court indicates $205,000.00.

6. This Notice of Removal is filed within thirty days of the defendant A. Ritchie Company, whose correct name is Alan Ritchey Inc.'s receipt of process in this action.

WHEREFORE, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., prays for the removal of the above-entitled action from the Trial Court, Superior Court Department, for the County of Plymouth, to the United States

District Court for the District of Massachusetts, Eastern Division.

A. RITCHIE COMPANY [sic], Defendant

By _____
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, MA 01103
Tel. (413) 737-4319

## AFFIDAVIT

HAMPDEN, SS.                                October 20, 2004

Then personally appeared the above-named John B. Stewart and made oath that he read the foregoing Notice of Removal and knows the contents thereof and that the facts as stated therein are true, before me

_____
DENISE CHAMPAGNE
Notary Public, My Commission Expires: 4/11/08

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within notice of removal was served upon each other party or counsel of record on October 20, 2004 by first class mail.

_____
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.