UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. ROMBOLI by his Adm'x, )
CORNELIA ROMBOLI, and )
CORNILIA ROMBOLI, Ind'lly, Plaintiffs )   CIVIL ACTION NO. 04-12212 JLT
)
v. )
)
A. RITCHIE COMPANY, Defendant )

## DEFENDANT'S ANSWER AND DEMAND FOR JURY TRIAL

Now comes the defendant, whose correct name is ALAN RITCHEY, INC., and answers the plaintiff's complaint as follows:

1. To ¶¶ 1-2 of the plaintiffs' complaint, the defendant neither admits nor denies as it is without knowledge as to the truthfulness or accuracy of the allegations set forth therein.

2. To ¶ 3 of the plaintiffs' complaint, the defendant admits it is a USPS subcontractor, but denies each and every other allegation set forth therein.

3. To ¶ 4 of the plaintiffs' complaint, the defendant is without knowledge as to whether the plaintiffs' decedent was performing any duties and for whom, but denies the defendant was negligent and every other allegation set forth therein.

4. To ¶¶ 5-6 of the plaintiffs' complaint, the defendant neither admits nor denies as it is without knowledge as to the truthfulness or accuracy of the allegations set forth therein.

5. To ¶ 7 of the plaintiffs' complaint, the defendant denies the allegations set forth therein.

6. To ¶¶ 8-9 of the plaintiffs' complaint, the defendant neither admits nor denies as it is without knowledge as to the truthfulness or accuracy of the allegations set forth therein.

7. To ¶ 10 of the plaintiffs' complaint, the defendant denies the allegations set forth therein.

8. To ¶¶ 11-13 of the plaintiffs' complaint, the defendant neither admits nor denies it is without knowledge sufficient to form a belief as to the truthfulness or accuracy of the allegations set forth therein.

9. To ¶¶ 14-17 of the plaintiffs' complaint, the defendant denies the allegations set forth therein.

10. To ¶ 18 of the plaintiffs' complaint, the defendant repeats and realleges its previous responses to ¶¶ 1-17, supra.

11. To ¶¶ 19-20 of the plaintiffs' complaint, the defendant neither admits nor denies it is without knowledge sufficient to form a belief as to the truthfulness or accuracy of the allegations set forth therein.

12. To ¶ 21 of the plaintiffs' complaint, the defendant denies the allegations set forth therein.

13. To ¶ 22 of the plaintiffs' complaint, the defendant repeats and realleges its previous responses to ¶¶ 1-17, supra.

14. To ¶¶ 23-26 of the plaintiffs' complaint, the defendant neither admits nor denies it is without knowledge sufficient to form a belief as to the truthfulness or accuracy of the allegations set forth therein.

## AFFIRMATIVE DEFENSES

### First Affirmative Defense

The plaintiffs' complaint fails to state a claim upon which relief may be granted.

### Second Affirmative Defense

The plaintiffs' claim is barred by the contributory negligence of her decedent.

### Third Affirmative Defense

The plaintiffs' recovery, if any, must be reduced that percentage of comparative negligence attributable to the decedent.

### Fourth Affirmative Defense

The plaintiffs' damages, if any, were caused by the acts and conduct of a third party for whose conduct the defendants are not responsible.

### Fifth Affirmative Defense

The plaintiffs lack capacity to sue.

### Sixth Affirmative Defense

The defendant is immune from suit under the Government Contractor Defense.

### Seventh Affirmative Defense

The plaintiffs' damages were caused by a superceding intervening cause for which the defendant is not responsible.

### Eighth Affirmative Defense

The plaintiffs' complaint is barred by the statute of limitations.

Ninth Affirmative Defense

The plaintiffs' complaint is barred for failure to make service of the summons and complaint within the time proscribed by law.

WHEREFORE, the defendant demands judgment in its favor on the plaintiffs' claims, and that it be awarded its costs.

DEMAND FOR JURY TRIAL

Pursuant to Fed. R. Civ. P. 38(b), the defendant demands a trial by jury on all claims.

> A. RITCHIE COMPANY [sic],
> Defendant
>
> By _/s/ John B. Stewart_
> JOHN B. STEWART (BBO #551180)
> MORIARTY, DONOGHUE & LEJA, P.C
> 1331 Main Street
> Springfield, MA 01103
> (413) 737-4319

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within answer was served upon each other party or counsel of record on October 28th, 2004.

> _/s/ John B. Stewart_
> JOHN B. STEWART (BBO #551180)
> MORIARTY, DONOGHUE & LEJA, P.C.