## MORIARTY, DONOGHUE & LEJA, P.C.

Attorneys and Counselors at Law
1331 Main Street
Springfield, Massachusetts 01103-1643
Phone: (413) 737-4319
Fax: (413) 732-8767

November 2, 2004

U.S. District Court Clerk's Office
One Courthouse Way - - Suite 2300
Boston, MA 02210

Re:  Filing of State Court Record
     Romboli v. A. Ritchie
     Docket No. 04CV12212-JLT

Dear Sir/Madame:

Pursuant to Local Rule 81.1, please find enclosed herewith for filing certified copies of the state court docket and filings on this case. Thank you.

Yours very truly,

John B. Stewart

JBS/bh
Enclosure
cc:   Cornelius J. Sullivan
      Sullivan & Walsh
      51 Ellison Avenue
      Mattapan, MA 02126-2803

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

## PLCV2004-00831
### Romboli, administratrix et al v A Ritchie Company

| File Date | 06/30/2004 | Status | Disposed: transferred to other court (dtrans) |
|---|---|---|---|
| Status Date | 10/27/2004 | Session | A - Civil A - CtRm 4 (Brockton) |
| Origin | 1 | Case Type | B04 - Other negligence/pers injury/pro |
| Lead Case | | Track | F |

| Service | 09/28/2004 | Answer | 11/27/2004 | Rule12/19/20 | 11/27/2004 |
|---|---|---|---|---|---|
| Rule 15 | 11/27/2004 | Discovery | 04/26/2005 | Rule 56 | 05/26/2005 |
| Final PTC | 06/25/2005 | Disposition | 08/24/2005 | Jury Trial | Yes |

### PARTIES

**Plaintiff**
Cornelia Romboli, administratrix
administratrix of Robert L Romboli
Active 06/30/2004

**Private Counsel 485160**
Cornelius J P Sullivan
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803
Phone: 617-296-0552
Fax: 617-296-0005
Active 06/30/2004 Notify

**Plaintiff**
Cornelia Romboli, indiv
Active 06/30/2004

*** See Attorney Information Above ***

**Defendant**
A Ritchie Company
West Metro Air Park
West 36 Taxi Way Drive
Chicopee, MA 01020
Served: 10/13/2004
Served (answr pending) 10/22/2004

**Private Counsel 551180**
John B Stewart
Moriarty Donoghue & Leja
1331 Main Street
Springfield, MA 01103
Phone: 413-737-4319
Fax: 413-732-8767
Active 10/27/2004 Notify

### ENTRIES

| Date | Paper | Text |
|---|---|---|
| 06/30/2004 | 1.0 | Complaint & civil action cover sheet filed and Jury Demand (chk 280.00 recvd., 1 summons) |
| 06/30/2004 | | Origin 1, Type B04, Track F. |
| 09/28/2004 | 2.0 | Pltff's motion to enlarge time for service |
| 10/04/2004 | | MOTION #2 ALLOWED for additional thrity days ([Hely,J]) Notices mailed October 5,2004 |
| 10/22/2004 | 3.0 | SERVICE RETURNED: A Ritchie Company(Defendant)summons service made on October 13,2004 by delivering in hand to Mike Sierakowski person in charge at time of service |
| 10/27/2004 | 4.0 | Case REMOVED this date to US District Court of Massachusetts by |

*A TRUE COPY ATTEST*
*[signature] R. Fower*
*CLERK*

MAS-20040909
eliasreb

Case 1:04-cv-12212-JLT   Document 3   Filed 11/04/2004   Page 3 of 15

Commonwealth of Massachusetts
PLYMOUTH SUPERIOR COURT
Case Summary
Civil Docket

10/27/2004
12:54 PM

## PLCV2004-00831
### Romboli, administratrix et al v A Ritchie Company

| Date | Paper | Text |
|---|---|---|
|  | 4.0 | deft's atty.John B. Stewart |

### EVENTS

| Date | Session | Event | Result |
|---|---|---|---|
| 06/30/2005 | Civil A - CtRm 4 (Brockton) | Status: Review Annual Fee | Event canceled not re-scheduled |

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss                                    CIVIL DOCKET# **PLCV2004-00831-A**

RE:   **Romboli, administratrix et al v A Ritchie Company**

TO: Cornelius J P Sullivan, Esquire
    Sullivan & Walsh
    51 Ellison Avenue
    Mattapan, MA 02126-2803

### TRACKING ORDER - F TRACK

You are hereby notified that this case is on the **fast (F) track** as per Superior Court Standing Order 1-88. The order requires that the various stages of litigation described below must be completed not later than the deadlines indicated.

| STAGES OF LITIGATION | DEADLINE |
| --- | --- |
| Service of process made and return filed with the Court | 09/28/2004 |
| Response to the complaint filed (also see MRCP 12) | 11/27/2004 |
| All motions under MRCP 12, 19, and 20 filed | 11/27/2004 |
| All motions under MRCP 15 filed | 11/27/2004 |
| All discovery requests and depositions completed | 04/26/2005 |
| All motions under MRCP 56 served and heard | 05/26/2005 |
| Final pre-trial conference held and firm trial date set | 06/25/2005 |
| Case disposed | 08/24/2005 |

The final pre-trial deadline is **not the scheduled date of the conference**. You will be notified of that date at a later time.
**Counsel for plaintiff must serve this tracking order on defendant before the deadline for filing return of service.**
This case is assigned to session **A** sitting in **CtRm 4 (72 Belmont Street, Brockton) at Plymouth Superior Court.**

Dated: 06/30/2004                                Francis R. Powers
                                                 Clerk of the Courts

                                                 BY: John C. Barr
                                                 Assistant Clerk

Location: CtRm 4 (72 Belmont Street, Brockton)
Telephone: (508) 583-8250 ext. 305

Disabled individuals who need handicap accommodations should contact the Administrative Office of the Superior Court at (617) 788-8130

A TRUE COPY ATTEST

Check website as to status of case: http://ma-trialcourts.org/tcic

CLERK

cvdtracf_2.wpd 412275 inidoc01 mullinsj

COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

PLYMOUTH, ss

BROCKTON SESSION
CIVIL ACTION
DOCKET NO. 04-00831A

ROBERT L. ROMBOLI by his
ADMINISTRATRIX, CONSTANCE of CORNELIA ROMBOLI,
and CORNELIA ROMBOLI, Individually,
    Plaintiffs,

v.

A RITCHIE COMPANY,
    Defendant.



FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

JUN 3 0 2004

CLERK

COMPLAINT WITH JURY DEMAND

1. The plaintiff, Robert L. Romboli, deceased on August 3, 2003, worked for the United States Postal Service, "Service", as a mailhandler in the Brockton Processing and Distribution Center, "Plant", of the Service.
2. The plaintiff, Cornelia Romboli, during all relevant times lived in Carver, Massachusetts and was married to Robert L. Romboli.
3. The defendant A. Ritchie Company of Chicopee, Massachusetts is an independent contractor hauling strapped bundles of flattened cardboard boxes for the Service in tractor trailers.
4. On July 7, 2001, Robert L. Romboli while in the performance of his duties operating a forklift in the trailer was struck by a bundle of flattened boxes weighing several hundred pounds which was improperly loaded by the defendant company, its agents or employees.
5. As a result of his injuries Mr. Romboli was disabled from work until he died from a pre-existing cancer.
6. The injuries he received involved a crush injury to his right upper and lower extremities involving an ulnar neuropathy at the right elbow, mild median neuropathy at the right wrist, a mild right C8-T1 radiculopathy, a right lower trunk brachial pexopathy, a right peroneal neuropathy across the fibular head and an ankle involvement.

A TRUE COPY ATTEST

CLERK

## COUNT ONE
## NEGLIGENCE

7. The defendant was obligated to load and pack strapped bundles of flattened cardboard boxes, each weighing several hundred pounds in a stable and safe manner.
8. Each strapped bundle which resembled a cube of approximately five feet on a side would then be stacked with a flat wooden board between the cubes. The strapped bundles would be stacked on top of each other to a height of approximately 10 feet.
9. The deceased plaintiff would enter the trailer in a fork lift and remove each cube to a loading dock.
10. On the evening of July 7, 2001 while unloading the trailer one of the improperly stacked cubes fell on the deceased plaintiff causing severe injuries.
11. The Service determined that the bundles were improperly loaded and was the proximate cause of the decedent's injury.
12. The decedent applied for and received workers compensation for his injuries.
13. The decedent was unable to return to work, and died form an unrelated cause, cancer, on August 3, 2003.
14. The defendant breached its obligation of due care when it improperly packed the trailer for dispatch to the Plant.
15. The defendant had previously cited for improper loading by the Service.
16. The defendant breached its duty of care and this was the proximate cause of the decedent's injury.
17. As a result of the injury the last two years of the decedent's life was made more painful and his physical suffering was increased beyond the normal treatment for cancer.

## COUNT TWO
## LOSS OF CONSORTIUM

18. The plaintiff realleges paragraphs one through seventeen as more fully set forth above.
19. The plaintiff cared for the decedent through his injuries. The plaintiff was deprived of the marital support of her husband through his treatment.
20. The decedent was unable to offer comfort and support to his wife during the period July 7, 2001 through his death.
21. The decedent's life which was limited by the cancer, was made progressively more painful because of his injuries ands lack of mobility.

## COUNT THREE
## LOSS OF INSURANCE BENEFITS

22. The plaintiff realleges paragraphs one through seventeen as more fully set forth above.
23. The life insurance which active work status conferred on the decedent was reduced when he was placed on workers compensation.
24. The plaintiff's life insurance benefit was reduced by the Service because of the change of work status.
25. The status change was as a direct result of the injuries he sustained on July 7, 2001.
26. The plaintiff was the beneficiary of the life insurance policy with the Service.

## THE PLAINTIFFS CLAIMS A TRIAL BY JURY

WHEREFORE the plaintiff prays that this honorable court will:

a. Enter judgment on all counts for the plaintiff in her capacity as wife, administratrix and beneficiary under a contract for insurance, and
b. Such other relief which is allowable by law or equity.

CORNELIA ROMBOLI
By her attorney,

Cornelius J. Sullivan
SULLIVAN & WALSH  BBO #475760
51 Ellison Avenue
Mattapan, MA 02126-2803
(617) 296-0552
FAX (617) 296-0005

| CIVIL ACTION COVER SHEET | 04-00831A | Trial Court of Massachusetts Superior Court Department County: _____ |
|---|---|---|

PLAINTIFF(S): Cornelia Rambuli + Cornelia Rambuli Administratrix

DEFENDANT(S): A. Ritchie + Company

ATTORNEY, FIRM NAME, ADDRESS AND TELEPHONE: Cornelius J. Sullivan, 51 Ellison Ave, Mattapan, MA

ATTORNEY (if known):

Board of Bar Overseers number: #5160

### Origin code and track designation

Place an x in one box only:
- [X] 1. F01 Original Complaint
- [ ] 2. F02 Removal to Sup.Ct. C.231, s.104 (Before trial) (F)
- [ ] 3. F03 Retransfer to Sup.Ct. C.231,s.102C (X)
- [ ] 4. F04 District Court Appeal c.231, s. 97 &104 (After trial) (X)
- [ ] 5. F05 Reactivated after rescript; relief from judgment/Order (Mass.R.Civ.P. 60) (X)
- [ ] 6. E10 Summary Process Appeal (X)

### TYPE OF ACTION AND TRACK DESIGNATION (See reverse side)

CODE NO.: B04
TYPE OF ACTION (specify): Other Personal Injury
TRACK: (F)
IS THIS A JURY CASE? (X) Yes  ( ) No

The following is a full, itemized and detailed statement of the facts on which plaintiff relies to determine money damages. For this form, disregard double or treble damage claims; indicate single damages only.

### TORT CLAIMS
(Attach additional sheets as necessary)

A. Documented medical expenses to date:
  1. Total hospital expenses .................... $ 5,000
  2. Total Doctor expenses ..................... $
  3. Total chiropractic expenses ................ $
  4. Total physical therapy expenses ............ $
  5. Total other expenses (describe) ............ $
                                        Subtotal $
B. Documented lost wages and compensation to date .. $ 80,000
C. Documented property damages to date .......... $
D. Reasonably anticipated future medical and hospital expenses .. $ —
E. Reasonably anticipated lost wages ............ $ 120,000
F. Other documented items of damages (describe) Contract Insurance Payments Lost .. $
G. Brief description of plaintiff's injury, including nature and extent of injury (describe):
   Crushing injury R side, various lower extremities
                                        $
                                  TOTAL $ 205,000

FILED COMMONWEALTH OF MASSACHUSETTS SUPERIOR COURT DEPT. OF THE TRIAL COURT PLYMOUTH COUNTY  JUN 30 2004  CLERK

### CONTRACT CLAIMS
(Attach additional sheets as necessary)

Provide a detailed description of claim(s):
Contract Insurance Payments Lost

TOTAL $ 120,000

PLEASE IDENTIFY, BY CASE NUMBER, NAME AND COUNTY, ANY RELATED ACTION PENDING IN THE SUPERIOR COURT DEPARTMENT  None

"I hereby certify that I have complied with the requirements of Rule 5 of the Supreme Judicial Court Uniform Rules on Dispute Resolution (SJC Rule 1:18) requiring that I provide my clients with information about court-connected dispute resolution services and discuss with them the advantages and disadvantages of the various methods."

Signature of Attorney of Record _____  DATE 6/30/04

AOTC-6 mtc005-11/99
A.O.S.C. 1-2000

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION | DOCKET NO. |
|---|---|---|---|---|---|---|---|
| 5-13 | 280.- | | 280.- | 7/1/04 | Sullivan, Michael | Grahame | 1481 |

# THE COMMONWEALTH OF MASSACHUSETTS
CLERK - MAGISTRATE
PLYMOUTH DIVISION
SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT
COURTHOUSE, 72 BELMONT ST.
BROCKTON, MA 02401

2-166

| TRANSIT NUMBER | CHECK | CASH | NET AMOUNT | DATE | NAME | DESCRIPTION | DOCKET NO. |
|---|---|---|---|---|---|---|---|



COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPARTMENT
OF THE TRIAL COURT

PLYMOUTH, ss

BROCKTON SESSION
CIVIL ACTION
DOCKET NO.

04-831

ROBERT L. ROMBOLI by his
ADMINISTRATRIX, CORNELIA ROMBOLI,
and CORNELIA ROMBOLI, Individually,
    Plaintiffs,

v.

A RITCHIE COMPANY,
    Defendant.

FILED
COMMONWEALTH OF MASSACHUSETTS
SUPERIOR COURT DEPT. OF THE TRIAL COURT
PLYMOUTH COUNTY

SEP 2 8 2004

CLERK

## MOTION TO ENLARGE TIME FOR SERVICE

Now comes the attorney for the plaintiff and respectfully requests that this court will allow an additional time of thirty days for service of the Complaint. Plaintiff is an elderly women in ill health and has not responded to counsel communication for the execution of ancillary documents which would perfect her status as administratrix.

Respectfully submitted,

Cornelius J. Sullivan
BBO 485160
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803
(617)296-0552
FAX (617) 296-0005

A TRUE COPY ATTEST

CLERK

# Commonwealth of Massachusetts
## County of Plymouth
## The Superior Court

Plymouth, ss                                                       Civil Docket PLCV2004-00831

RE:   Romboli, administratrix et al v A Ritchie Company

TO:   Cornelius J P Sullivan, Esquire
      Sullivan & Walsh
      51 Ellison Avenue
      Mattapan, MA 02126-2803

### CLERK'S NOTICE

This is to notify you that in the above referenced case the Court's action on **10/04/2004**:

*RE: Pltff's motion to enlarge time for service*

**is as follows:**

**MOTION #2 ALLOWED for additional thirty days ([Hely,J]) Notices mailed October 5, 2004**

Dated at Brockton, Massachusetts this 5th day of October, 2004.

                                                       Francis R. Powers,
                                                       Clerk of the Courts
                                        BY:

Telephone: (508) 583-8250 ext. 305

Copies mailed 10/05/2004

CC CS

A TRUE COPY ATTEST
Francis R. Powers
CLERK

cvdresult_2.wpd 425384 motallow eliasreb

# Commonwealth of Massachusetts

PLYMOUTH, SS.

Plaintiff(s): Robert Rombeli by his Administratrix Cornelia Rombeli and Cornelia Rombeli, individually

SUPERIOR COURT DEPARTMENT OF THE TRIAL COURT OF THE COMMONWEALTH
CIVIL ACTION
NO. PLCV2004-____

OCT 22 2004
SUPERIOR COURT DEPT. OF THE TRIAL COURT
COMMONWEALTH OF MASSACHUSETTS
PLYMOUTH COUNTY
FILED

VS.

Defendant(s): A. Ritchie, Inc.

WHEREAS a civil action has begun against you in our Superior Court Department of the Trial Court, within and for the County of Plymouth, by Cornelius J. Sullivan, Sullivan & Walsh, 51 Ellison Ave., Mattapan, MA 02126-2103 as attorney and whereas it appears from the officer's return on process issued herein that after diligent search he can find no one upon whom he can lawfully make service, and after hearing it is ORDERED by the Court that the following summons issue for service upon you: —

## SUMMONS

To the above-named Defendant: A. Ritchie Inc., Westover Metro Air Park, West 36 Taxiway Drive, Chicopee, MA.

You are hereby summoned and required to serve upon Cornelius J. Sullivan plaintiff's attorney, whose address is 51 Ellison Ave., Mattapan, MA 02126, an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgement by default will be taken against you for the relief demanded in the complaint. You are also required to file your answer to the complaint in the office of the Clerk of this Court at PLYMOUTH either before service upon plaintiff's attorney or within a reasonable time thereafter.

Unless otherwise provided by Rule 13(a), your answer must state as a counterclaim any claim which you may have against the plaintiff which arises out of the transaction or occurrence that is the subject matter of the plaintiff's claim or you will thereafter be barred from making such claim in any other action.

Witness, _____, Esquire at Brockton, the _____ day of _____, in the year of our Lord 2004

**NOTICE TO DEFENDANT** — You need not appear in Court to answer the complaint, but if you claim to have a defense, either you or your attorney must serve a copy of your written answer within 20 days as specified herein and also file the original in the Clerk's Office at Brockton.

Hampden County Sheriff's • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772
Hampden, ss.

October 14, 2004

I hereby certify and return that on 10/13/2004 at 11:25 am I served a true and attested copy of the SUMMONS, COMPLAINT & STATEMENT OF DAMAGES in this action in the following manner: To wit, by delivering in hand to MIKE SIERAKOWSKI, MGR., , agent, person in charge at the time of service for A RITCHIE COMPANY, WEST 36 TAXI WAY DR., WESTOVER METRO AIR PARK, CHICOPEE, MA 01020. Conveyance ($4.50), Travel ($25.64), Basic Service Fee ($30.00), Attestation X 1 ($5.00), Mailing1 ($1.00) Total Charges $66.14

A TRUE COPY ATTEST

CLERK

Deputy Sheriff DAVID K. TENNEY

04-831

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

04 12212 JLT

ROBERT L. ROMBOLI, by his )
Administratrix, CORNELIA ROMBOLI, )
and CORNELIA ROMBOLI, )
Individually, Plaintiff )
) CIVIL ACTION NO.
v. )
)
)
A. RITCHIE COMPANY, Defendant )



NOTICE OF REMOVAL

To the Judges of the United States District Court for the District of Massachusetts:

The defendant, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., through its attorneys, MORIARTY, DONOGHUE & LEJA, P.C., hereby files this Notice of Removal of this action from the Trial Court, Superior Court Department for the County of Plymouth, Commonwealth of Massachusetts, to the United States District Court for the District of Massachusetts, Eastern Division, and in support of this Notice states:

1. As appears from the docket, files and records of the Trial Court, Superior Court Department, for the County of Plymouth, Commonwealth of Massachusetts, Civil Action No. 2004-00831, this cause of action was commenced on June 30, 2004. A summons and complaint were served by certified mail on the defendant on October 13, 2004. The summons and complaint purport to set forth claims for relief upon which the action is based. Copies of the summons and complaint received by the defendant are

A TRUE COPY ATTEST

CLERK

attached hereto and marked Exhibits A & B.

2. This is a civil action alleging the defendant owed a duty of care to the defendant in stacking of flattened cardboard box bundles, and improperly loaded such bundles which caused a personal injury to the plaintiff's decedent. The complaint purports to set forth claims in negligence, loss of consortium and "loss of insurance benefits."

3. The plaintiff, Cornelia Romboli, in her individual capacity and as the administratrix of her husband's estate, alleges in the complaint that she is a resident of Carver, Plymouth County, Massachusetts.

4. The defendant, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., is incorporated in Texas, and maintains its principal place of business at 740 So. I-25 E. Frontage Road, Valley View, Texas.

5. Jurisdiction in the Federal Court is founded on the complete diversity of citizenship between the plaintiff and defendant and on 28 U.S.C. §1332. The amount in controversy exceeds, exclusive of interest and costs, the sum of Seventy-five thousand Dollars ($75,000.00), as the plaintiffs' "statement of damages" filed in state court indicates $205,000.00.

6. This Notice of Removal is filed within thirty days of the defendant A. Ritchie Company, whose correct name is Alan Ritchey Inc.'s receipt of process in this action.

WHEREFORE, A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., prays for the removal of the above-entitled action from the Trial Court, Superior Court Department, for the County of Plymouth, to the United States

District Court for the District of Massachusetts, Eastern Division.

A. RITCHIE COMPANY [sic], Defendant

By *[signature]*
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, MA 01103
Tel. (413) 737-4319

## AFFIDAVIT

HAMPDEN, SS.                                October 20, 2004

Then personally appeared the above-named John B. Stewart and made oath that he read the foregoing Notice of Removal and knows the contents thereof and that the facts as stated therein are true, before me

*[signature]*
DENISE CHAMPAGNE
Notary Public, My Commission Expires: 4/11/08

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within notice of removal was served upon each other party or counsel of record on October 20, 2004 by first class mail.

*[signature]*
JOHN B. STEWART
MORIARTY, DONOGHUE & LEJA, P.C.