UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. ROMBOLI by his Adm'x, CORNELIA ROMBOLI, and CORNELIA ROMBOLI, individually,<br><br>Plaintiffs,<br><br>v.<br><br>A. RITCHIE COMPANY,<br><br>Defendant. | Civil Action No. 04-12212-JLT |

ORDER

January 6, 2005

TAURO, J.

After the Scheduling Conference held on January 5, 2005, this court hereby orders that:

1. Plaintiffs may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant;

2. Defendant may depose the Driver who was employed by Springfield Truck Leasing, Inc., Union Representative who was at the scene, Brockton Post Office Superintendent, and Cornelia Romboli;

3. The Parties shall complete the abovementioned depositions by May 31, 2005;

4. No additional discovery will be permitted without leave of this court; and

5. A Further Conference is scheduled for June 7, 2005 at 10:30 a.m.

IT IS SO ORDERED.

    /s/ Joseph L. Tauro
United States District Judge