UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. ROMBOLI by his Adm'x, )<br>CORNELIA ROMBOLI, and )<br>CORNILIA ROMBOLI, Ind'lly, Plaintiffs )<br>)<br>v. )<br>)<br>A. RITCHIE COMPANY [sic], )<br>Defendant ) | CIVIL ACTION NO. 04-12212 JLT |

### DEFENDANT'S MOTION TO IMPLEAD THIRD PARTY DEFENDANTS

Now comes the defendant, whose correct name is ALAN RITCHEY INC., and moves the court for leave, as third party plaintiff, to cause to be served upon COP TRANSPORATION, INC. and SPRINGFIELD TRUCK LEASING, INC., a third party complaint, a true copy of which is appended hereto as Tab 1.

                                             A. RITCHEY COMPANY [sic], whose correct
                                             name is ALAN RITCHEY INC., Defendant
                                             and Third Party Plaintiff

                                             By _____
                                             JOHN B. STEWART (BBO #551180)
                                             MORIARTY, DONOGHUE & LEJA, P.C
                                             1331 Main Street
                                             Springfield, MA 01103
                                             (413) 737-4319

### CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within motion was served upon each other party or counsel of record on January 7, 2004.

                                             _____
                                             JOHN B. STEWART (BBO #551180)
                                             MORIARTY, DONOGHUE & LEJA, P.C.