# United States District Court

_____ DISTRICT OF _____

FILED
CLERK'S OFFICE
2005 FEB 17 P 12: 2?
DISTRICT COURT
OF MASS

**PLAINTIFF**

ROBERT L. ROMBOLI, by his Adm'x., CORNELIA ROMBOLI, and CORNELIA ROMBOLI, Ind'lly.

**THIRD PARTY SUMMONS IN A CIVIL ACTION**

V. DEFENDANT AND THIRD PARTY PLAINTIFF

A. RITCHIE COMPANY [sic]

CASE NUMBER:

04 12212 JLT

V. THIRD PARTY DEFENDANT
COP TRANSPORTATION, INC., and
SPRINGFIELD TRUCK LEASING, INC.

TO: (Name and address of Third Party defendant)

COP TRANSPORTATION, INC.
270 West Street, Ludlow, MA

**YOU ARE HEREBY SUMMONED** and required to file with the Clerk of this court and serve upon

PLAINTIFF'S ATTORNEY (name and address)

Cornelius J. Sullivan
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA  02126-2803
Tel. (617) 296-0552

DEFENDANT AND THIRD-PARTY PLAINTIFF'S ATTORNEY (name and address)

John B. Stewart
MORIARTY, DONOGHUE & LEJA, P.C.
1331 Main Street
Springfield, Massachusetts 01103
Tel. No. (413) 737-4319

an answer to the third-party complaint which is herewith served upon you within 20 days after service of this summons upon you exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the third-party complaint. There is also served upon you herewith a copy of the complaint of the plaintiff. You have the option of answering or not answering the plaintiff's complaint, *unless* (1) this is a case within Rule 9(h) Federal Rules of Civil Procedure, *and* (2) the third-party plaintiff is demanding judgment against you in favor of the original plaintiff under the circumstances described in Rule 14(c) Federal Rules of Civil Procedure, in which situation you are required to make your defenses, if any, to the claim of plaintiff as well as to the claim of the third-party plaintiff.

CLERK _____

DATE _____

(BY) DEPUTY CLERK _____

RECEIVED FEB 1 ? 2005

AO 441 (Rev. 5/85) Third Party Summons in a Civil Action

## RETURN OF SERVICE

NA

**Hampden County Sheriff's** • 1170 Main St. • P.O. Box 5005 • Springfield, MA 01101-5005 • (413) 732-5772

Hampden, ss.

February 14, 2005

I hereby certify and return that on 2/11/2005 at 02:50 pm I served a true and attested copy of the FEDERAL THIRD-PARTY SUMMONS & COMPLAINT in this action in the following manner: To wit, by delivering in hand to MR. ARDUINO, MANAGER, person in charge at the time of service for COP TRANSPORTATION INC, , 270 WEST Street, LUDLOW, MA 01056. Basic Service Fee ($30.00), Attestation X 1 ($5.00), Conveyance ($2.10), Travel ($4.48), Mailing1 ($1.00) Total Charges $42.58

Deputy Sheriff DANIEL D. LARROW

*Deputy Sheriff*

☐ Other (specify): _____

### STATEMENT OF SERVICE FEES

| TRAVEL | SERVICES | TOTAL |
|---|---|---|
|  |  |  |

### DECLARATION OF SERVER

I declare under penalty of perjury under the laws of the United States of America that the foregoing information contained in the Return of Service and Statement of Service Fees is true and correct.

Executed on _____     _____
                    Date                                    Signature of Server

                                                          _____
                                                          Address of Server

(1) As to who may serve a summons see Rule 4 of the Federal Rules of Civil Procedure.