UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. ROMBOLI, by his Adm'x.<br>CORNELIA ROMBOLI, and<br>CORNELIA ROMBOLI, Individually<br><br>Plaintiffs<br><br>v.<br><br>A. RITCHIE COMPANY [sic],<br><br>Defendant and Third Party Plaintiff<br><br>v.<br><br>COP TRANSPORTATION, INC. and<br>SPRINGFIELD TRUCK LEASING, INC.<br><br>Third Party Defendants | Civil Action No.<br>04-12212 JLT |

## ENTRY OF APPEARANCE

The undersigned hereby enters our appearance on behalf of the third-party defendants, Springfield Truck Leasing, Inc. and COP Transportation, Inc.

Third-Party Defendants,
By their Attorneys,

_____
Rajaram Suryanarayan, Esq. (BBO 558344)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901
Writer's Direct Dial: (401)521-2647

## CERTIFICATION

  The undersigned hereby certifies that a true and accurate copy of the within Answer was mailed first class, postage prepaid on the ___18th___ day of ___Feb___, 2005 to:

John B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA 01103

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803

_____
Rajaram Suryanarayan