UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. ROMBOLI, by his Adm'x.  :
CORNELIA ROMBOLI, and             :
CORNELIA ROMBOLI, Individually    :
                                  :
Plaintiffs                        :
                                  :
v.                                :   Civil Action No.
                                  :   04-12212 JLT
A. RITCHIE COMPANY [sic],         :
                                  :
Defendant and Third Party Plaintiff :
                                  :
v.                                :
                                  :
COP TRANSPORTATION, INC. and      :
SPRINGFIELD TRUCK LEASING, INC.   :
                                  :
Third Party Defendants            :

## ANSWER OF THIRD-PARTY DEFENDANTS TO THIRD PARTY COMPLAINT

1.  Admitted.

2.  Admitted.

3.  Admitted.

4.  Admitted.

5.  These defendants are without sufficient information as to form a belief as to the truth of this averment and, therefore, deny the same.

6.  These defendants are without sufficient information as to form a belief as to the truth of this averment and, therefore, deny the same.

7.  Denied.

8.  Denied.

9.  Denied.

10. Denied.

11.     Denied.

## COUNT I
### (Indemnification)

12.     Denied.

## COUNT II
### (Contribution)

13.     Denied.

14.     Denied.

## COUNT III
### (Indemnification)

15.     Denied.

16.     Denied.

## COUNT IV
### (Contribution)

17.     Denied.

18.     Denied.

Third-Party Defendants,
Springfield Truck Leasing, Inc. and
COP Transportation, Inc.

By their Attorneys,

_____
Rajaram Suryanarayan, Esq. (BBO 558344)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901
Writer's Direct Dial: (401)521-2647

## DEFENDANTS HEREBY DEMAND A TRIAL BY JURY AND DESIGNATE RAJARAM SURYANARAYAN AS TRIAL COUNSEL

### CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within Answer was mailed first class, postage prepaid on the __18th__ day of __February__, 2005 to:

John B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA  01103

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA  02126-2803

_____
Rajaram Suryanarayan