UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| CORNELIA ROMBOLI, Adm'x, et al., ) <br> Plaintiff ) <br> ) <br> v. ) <br> A. RITCHEY COMPANY [sic], whose correct ) <br> name is ALAN RITCHEY INC., Defendant ) <br> and Third Party Plaintiff ) <br> ) <br> v. ) <br> ) <br> COP TRANSPORTATION, INC., and ) <br> SPRINGFIELD TRUCK LEASING, INC., ) <br> Defendant ) | CIVIL ACTION NO. 04-22212-JLT |

### DEFENDANT'S MOTION FOR (1) AUTOMATIC DISCOVERY, (2) DISCLOSURES UNDER THE COURT'S DECEMBER 9TH ORDER, AND (3) DISCLOSURES UNDER LOCAL RULE 35.1

Now comes the defendant and moves the court for an order compelling the plaintiff to provide automatic discovery pursuant to Fed. R. Civ. P. 26(a)(1), disclosures pursuant to the Court's Order of December 9, 2004, and disclosures or materials required under Local Rule 35.1. As grounds, these materials should have been provided or or about November 10, 2004 with respect to the Rule 35.1 disclosures, and in advance of the December 29, 2004 Rule 16 conference as to the remainder. The defendant reminded plaintiff of her obligations under Rule 35.1 in a letter dated October 25, 2004. After exercising significant patience, the defendant reminded plaintiff of her obligations under the Court's order and Fed. R. Civ. P. 26(a) in a letter dated January 19, 2005. These letters are appended hereto

1

as Tabs A and B. Further, the defendant faxed a draft of this motion on February 21, 2005 urging plaintiff's counsel to make contact to avoid the need to file it but received no reply.

WHEREFORE, the defendant respectfully requests the court issue an order compelling the plaintiff's compliance with outstanding discovery obligations above forthwith.

> A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., Defendant and Third Party Plaintiff
>
> By _____
> JOHN B. STEWART
> MORIARTY, DONOGHUE & LEJA, P.C.
> 1331 Main Street
> Springfield, MA 01103
> (413) 737-4319

## CERTIFICATE OF CONSULTATION

I hereby certify that prior to the filing of this motion I complied with the pre-filing consultation requirements of Local Rules 7.1 and 37.1.

> _____
> JOHN B. STEWART
> MORIARTY, DONOGHUE & LEJA, P.C.

## CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within motion was served upon each other party or counsel of record by first class mail on February 28, 2005.

> _____
> JOHN B. STEWART
> MORIARTY, DONOGHUE & LEJA, P.C.

**MORIARTY, DONOGHUE & LEJA, P.C.**
ATTORNEYS AND COUNSELORS AT LAW
1331 MAIN STREET
SPRINGFIELD, MASSACHUSETTS 01103-1643
PHONE: (413) 737-4319
FAX: (413) 732-8767
E-MAIL: MDLEJA@AOL.COM

EDWARD V. LEJA
JOHN B. STEWART
ROBERT F. CONNELLY
JOSHUA E. ABEL

THOMAS J. DONOGHUE
PATRICIA A. BARBALUNGA
JAMES P. MORIARTY (1898-1973)

October 25th, 2004

Cornelius Sullivan
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126

Re:  Romboli v. A. Ritchie Company
     U.S. District Court CA #

Dear Counsel:

I call to your attention D. Mass. Local Rule 35.1 which to my reading states that the plaintiff should be sending copies of the plaintiff's medical records or signed medical authorizations and a list of providers to the defendant within 20 days of the removal from state court. Thank you for your consideration.

Yours very truly,

John B. Stewart

JBS/bh
Encl.

**MORIARTY, DONOGHUE & LEJA, P.C.**

Attorneys at Law
1331 Main Street
Springfield, Massachusetts 01103
Tel. (413) 737-4319
Fax (413) 732-8767
E-Mail: MDLEJA@AOL.COM

Edward V. Leja
John B. Stewart
Robert F. Connelly
Joshua E. Abel

James P. Moriarty (1898-1973)
Thomas J. Donoghue
Patricia A. Barbalunga

January 19, 2005

Our File No. M–23,576

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803

        Re: <u>Romboli, Admrx. v. A. Ritchie Company</u>

Dear Attorney Sullivan:

    Would you kindly provide documents pursuant to Local Rule 35.1, plaintiff's compliance under Judge Tauro's December 9, 2004, order, and automatic discovery disclosures. Since we have discovery deadlines running in May, I think it is going to be problematic if these materials are not received within the next month.

    Thank you for your consideration.

                              Yours very truly,

                              John B. Stewart

JBS/lb