UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2005 MAR -7  P 3:37

U.S. DISTRICT COURT
DISTRICT OF MASS

ROBERT L. ROMBOLI, by his Adm'x.
CORNELIA ROMBOLI, and
CORNELIA ROMBOLI, Individually

Plaintiffs

v.

A. RITCHIE COMPANY [sic],

Defendant and Third Party Plaintiff

v.

COP TRANSPORTATION, INC. and
SPRINGFIELD TRUCK LEASING, INC.

Third Party Defendants

Civil Action No.
04-12212 JLT

## DEFENDANTS, COP TRANSPORTATION AND SPRINGFIELD TRUCK LEASING, INC.'S AUTOMATIC DISCOVERY

Now come the third-party Defendants, COP Transportation, Inc., and Springfield Truck Leasing, Inc., pursuant to Fed. R. Civ. P. 26(a)(1) and provide their initial disclosures as set forth herein:

    A.    Identities of Persons with Knowledge

        1. Plaintiff.

        2. Plaintiff's decedent's medical providers.

        3. Plaintiff's employer.

        4. U.S. Office of Workers' Compensation Programs.

        5. Representative of Mail Handlers Union of New England Local #301, 917

Worcester Road, Natick, Massachusetts, who may or may not be Mr. David Wagner.

6. Michael Sierakowski, c/o Alan Ritchey, Inc., Chicopee, MA (plant manager).

7. Steven Tomassini, 207 Oakland Street, Springfield, MA (former employee of Alan Ritchey, Inc., thought to have loaded truck).

8. Other representatives of Alan Ritchey, Inc., having knowledge regarding loading the truck and/or responsibility for loading the truck.

9. Frank Arduino, c/o Springfield Truck Leasing, 270 West Street, Ludlow, MA.

10. Vincent Cole, former employee of COP Transportation and/or Springfield Truck Leasing who drove the tractor trailer from Chicopee to Brockton Post office, 69 Hampshire Street, Chicopee, MA 01020.

11. Representative of Brockton Post Office (identity unknown), Brockton, MA.

    B.    Relevant Documents

1. Accident Report of Brockton Post Office (#010054).

2. Mailer Dispatch Receipt (Order #401503).

3. Shipping Talley (Order #410503).

4. Shipping Order (Order #410503).

5. Bill of Lading (Order #401503).

6. Any other documents in the care, custody and control of Alan Ritchey reflecting loading the trailer in question.

    C.    Damages Computation Documents

None known to these parties. These are in the possession of the plaintiff and

have not yet been produced.

    D.    <u>Insurance Agreements</u>

COP Trucking and Springfield Truck Leasing are insured by Canal Insurance Company. Copy of insurance agreement under which any person carrying on an insurance business may be liable to satisfy part or all of any potential judgment will be made for inspection and/or copying at a date and time that is convenient to the parties pursuant to F. R. C. P. of Rule 26(a)(1)(D).

Third-Party Defendants,
By their Attorneys,

_____
Rajaram Suryanarayan, Esq. (BBO 558344)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901
Writer's Direct Dial: (401)521-2647

### CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within Automatic Discovery was mailed first class, postage prepaid on the __3rd__ day of __MARCH__, 2005 to:

John B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA 01103

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803

_____
Rajaram Suryanarayan

3