UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. ROMBOLI by his :
Adm'x, CORNELIA ROMBOLI, and :
CORNEILA ROMBOLI, individually: 
        Plaintiffs:

   VS                        :

A. RITCHIE COMPANY, :
       Defendant and :   C.A. No. 04-12212-JLT
   Third-Party Plaintiff:

   VS                        :

COP TRANSPORTATION, INC., and :
SPRINGFIELD TRUCK LEASING, :
INC., :
   Third-Party Defendant:

## MOTION TO MODIFY PRE-TRIAL ORDER

Now come third-party defendants, COP Transportation, Inc. ("COP") and Springfield Truck Leasing, Inc. ("Springfield"), and move this Court for an order modifying the pre-trial order of January 6, 2005, in relation to the permitted discovery in this matter. Third-party defendants, COP and Springfield, request that defendant and third-party plaintiff, A. Ritchie Company, be ordered to answer third-party defendants' interrogatories and request for production of documents.

In support of this request, the third-party defendants note that their answer to the third-party complaint was entered on March 3, 2005, after the scheduling conference

held on January 5, 2005. The discovery permitted by the Court in the January 6, 2005, order is not sufficient to develop the necessary facts and information for the third-party defendants to properly defend the claims of indemnification and contribution asserted against them.

The discovery contemplated is attached as Exhibit 1. Third-party defendants, COP and Springfield, have produced their initial disclosures pursuant to automatic discovery.

WHEREFORE, third-party defendants, COP and Springfield, move this Court for an order allowing them to propound written discovery in the form of interrogatories and request for production of documents.

>   Third-Party Defendants,
>   COP Transportation, Inc. and
>   Springfield Truck Leasing, Inc.,
>   By Their Attorneys,
>
>   _____
>   Rajaram Suryanarayan (BBO# 558344)
>   GUNNING & LAFAZIA, INC.
>   56 Pine Street
>   Providence, RI  02903
>   Telephone #: (401) 521-6900
>   Fax #: (401) 521-6901
>   Direct Dial #: (401) 521-2647

**CERTIFICATE OF CONSULTATION**

    I hereby certify that prior to the filing of this motion, I complied with the pre-filing consultation requirements of Local Rules 7.1 and 37.1.

_____
Rajaram Suryanarayan
GUNNING & LAFAZIA, INC.

**CERTIFICATE OF SERVICE**

    I hereby certify that I mailed a copy of the within to John B. Stewart, Esq., Moriarty, Donoghue & Leja, P.C., 1331 Main Street, Springfield, MA 01103 and Cornelius J. Sullivan, Esq., Sullivan & Walsh, 51 Ellison Avenue, Mattapan, MA 02126-2803, on this 9th day of May, 2005.

_____
Rajaram Suryanarayan
GUNNING & LAFAZIA, INC.