UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT L. ROMBOLI, by his Adm'x. CORNELIA ROMBOLI, and CORNELIA ROMBOLI, Individually<br><br>Plaintiffs<br><br>v.<br><br>A. RITCHIE COMPANY [sic],<br><br>Defendant and Third Party Plaintiff<br><br>v.<br><br>COP TRANSPORTATION, INC. and SPRINGFIELD TRUCK LEASING, INC.<br><br>Third Party Defendants | Civil Action No.<br>04-12212 JLT |

## INTERROGATORIES OF THIRD-PARTY DEFENDANTS PROPOUNDED TO DEFENDANT AND THIRD-PARTY PLAINTIFF, A. RITCHIE COMPANY

Third-party Defendants, COP Transportation, Inc., and Springfield Truck Leasing, Inc., hereby propound the following interrogatories to the defendant and third-party plaintiff, A. Ritchie Company, to be answered within forty (40) days. These interrogatories shall be deemed to be continuing so as to require supplemental answers if the defendant and third-party plaintiff shall acquire information not presently available before or during trial.

1. List the names and addresses of any persons who will testify as an expert witness on your behalf. As to each such witness, set forth:

    a. The expert's qualifications in the expert's field of specialization, including details as to the expert's personal experience in the expert's field of specialization, including the dates thereof and the manner of acquiring the expert's experience in the expert's specialty.

    b. The expert's residence and business address.

    c. As to each such expert, state the substance of the facts to which the expert is expected to testify.

     d. Set forth a summary of the factual grounds of each opinion, including any text or other manual or regulation which the expert relies on.

     2. List names and addresses of any and all agents and employees of Alan Ritchie, Inc., responsible for loading the forty-four (44) pallets of trays and sleeves at the Westover Metropolitan Air Park West in Chicopee, Massachusetts.

     3. List names and addresses of any and all persons with any knowledge regarding the loading of the 44 pallets of trays and sleeves accepted from Alan Ritchie, Inc., at the Westover Metropolitan Air Park West in Chicopee, Massachusetts, and a description of their knowledge.

     4. List names and addresses of any and all persons who have any information regarding bill of lading number 401503, and the substance of their knowledge.

     5. List names and addresses of any and all persons involved in any way from Alan Ritchie, Inc., when the 44 pallets of trays and sleeves were being unloaded at the Brockton Post Office and describe their involvement.

     6. List any and all names, addresses, and titles of every person or entity who did any investigation regarding the facts that surround plaintiff's injuries.

                                      Third-Party Defendants,
                                      By their Attorneys,

                                    _____
                                    Rajaram Suryanarayan, Esq. (BBO 558344 )
                                    GUNNING & LAFAZIA, INC.
                                    56 Pine Street – 7th Floor
                                    Providence, RI  02903
                                    Telephone: (401)521-6900
                                    Facsimile: (401)521-6901
                                    Writer's Direct Dial: (401)521-2647

## CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within Interrogatories was mailed first class, postage prepaid on the ____ day of _____, 2005 to:

John B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA 01103

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803

_____
Rajaram Suryanarayan

UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. ROMBOLI, by his Adm'x.       :
CORNELIA ROMBOLI, and                  :
CORNELIA ROMBOLI, Individually         :
                                       :
Plaintiffs                             :
                                       :
         v.                            :    Civil Action No.
                                       :    04-12212 JLT
A. RITCHIE COMPANY [sic],              :
                                       :
Defendant and Third Party Plaintiff    :
                                       :
         v.                            :
                                       :
COP TRANSPORTATION, INC. and           :
SPRINGFIELD TRUCK LEASING, INC.        :
                                       :
Third Party Defendants                 :

**REQUEST FOR PRODUCTION OF DOCUMENTS
OF THIRD-PARTY DEFENDANTS
PROPOUNDED TO DEFENDANT AND THIRD-PARTY PLAINTIFF,
A. RITCHIE COMPANY**

Third-party Defendants, COP Transportation, Inc., and Springfield Truck Leasing, Inc., hereby propounds the following request for production of documents to the defendant and third-party plaintiff, A. Ritchie Company, to be answered within forty (40) days. These requests shall be deemed to be continuing so as to require supplemental responses if the defendant shall acquire information not presently available before or during trial.

1. Copy of the bill of lading (#401503).

2. Copies of all documents evidencing the forty-four (44) pallets of trays and sleeves accepted from Alan Ritchie, Inc., at the Westover Metropolitan Air Park, Chicopee, Massachusetts, and carried to the Brockton Post Office.

3. List of all persons responsible for loading the 44 pallets of trays and sleeves

4. Copies of any and all documents evidencing the loading of the 44 pallets of trays and sleeves.

5. Any and all documents third-party plaintiff will rely upon to prove any acts or omissions of COP Transportation, Inc., was the proximate cause of injuries to the plaintiff.

6. Any and all documents third-party plaintiff will rely upon to prove any acts or omissions of Springfield Truck Leasing, Inc., was the proximate cause of injuries to the plaintiff.

Third-Party Defendants,
By their Attorneys,

_____
Rajaram Suryanarayan, Esq. (BBO 558344)
GUNNING & LAFAZIA, INC.
56 Pine Street – 7th Floor
Providence, RI 02903
Telephone: (401)521-6900
Facsimile: (401)521-6901
Writer's Direct Dial: (401)521-2647

## CERTIFICATION

The undersigned hereby certifies that a true and accurate copy of the within Request for Production of Documents was mailed first class, postage prepaid on the ___ day of _____, 2005 to:

John B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA 01103

Cornelius J. Sullivan, Esq.
Sullivan & Walsh
51 Ellison Avenue
Mattapan, MA 02126-2803

_____
Rajaram Suryanarayan

2