UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| ROBERT L. ROMBOLI by his Adm'x, CORNELIA ROMBOLI, and CORNELIA ROMBOLI, individually, | * * * | |
| Plaintiffs, | * | |
| v. | * | |
| | * | |
| A. RITCHIE COMPANY, | * | Civil Action No. 04-12212-JLT |
| Defendant/Third-Party Plaintiff, | * | |
| v. | * | |
| | * | |
| COP TRANSPORTATION, INC. and SPRINGFIELD TRUCK LEASING, INC., | * * | |
| Third-Party Defendants. | * | |

## ORDER

June 16, 2005

TAURO, J.

After the Further Conference held on June 16, 2005, this court hereby orders that:

1. The Parties must complete Rule 26 Discovery by June 30, 2005;

2. <u>Defendant's Motion for Automatic Discovery</u> [#15] is DENIED AS MOOT;

3. Third-Party Defendants may conduct a Fed. R. Civ. P. 30(b)(6) deposition of Defendant/Third-Party Plaintiff;

4. All discovery must be completed by September 30, 2005;

5. No additional discovery will be permitted without leave of this court; and

6. A Further Conference is scheduled for October 11, 2005 at 10:30 a.m.

IT IS SO ORDERED.

        /s/ Joseph L. Tauro
United States District Judge