UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT L. ROMBOLI, by his Admx
CORNELIA ROMBOLI, and
CORNELIA ROMBOLI, individually,
       Plaintiffs                 CIVIL ACTION NO: 04-12212 JLT

v.

ALAN RITCHEY, INC.,
       Defendant

v.

COP TRANSPORTATION, INC. and
SPRINGFIELD TRUCK LEASING, INC.
       Third Party Defendants

## PLAINTIFF'S AUTOMATIC DISCOVERY

Now comes the Plaintiff, Cornelia Romboli, and respectfully provides the following discovery.

    A.    Identities of Persons with Knowledge

        Cornelia Romboli, Plaintiff
        Plaintiff decedent's medical providers
        Plaintiff decedent's employer – the United States Postal Service, employee on platform with decedent at time of accident, supervisor and any other employee having knowledge of accident.
        Plaintiff decedent's union representative
        U.S. Department of Labor, Office of Workers' Compensation claims examiner

        Alan Ritchey, Inc. Chicopee, MA – Plant manager, employee who loaded stock, and any other employee having knowledge of accident.

        COP Transportation and/or Springfield Truck Leasing, employee who drove tractor trailer from Chicopee to Brockton plant, his supervisor, and any other employee having knowledge of accident.

    B.    Relevant Documents

    1.    Decedent's medical file – Office of Workers' Compensation

      2.     Decedent's employment, insurance and payroll records maintained by the United States Postal Service

      3.     Accident Report

      4.     Any documents, including but not limited to, reports, shipping orders, and bills of lading, in the care, custody and control of Alan Ritchey, Inc.

      5.     Any documents, including but not limited to, reports, shipping orders, and bills of lading, in the care, custody and control of COP Transporation and/or Springfield Truck Leasing

      6.     Photographs and diagrams of equipment

C.    Damages Computation Documents

Decedent's employment, insurance and payroll records maintained by the United States Postal Service

D.    Insurance Agreements

Not known at this time. These would be in the care, custody and control of the Defendants.

                Respectfully submitted,

                Robert Romboli by his Adm'x
                Cornelia Romboli, Adm's x and individually

                By their attorney,

                /s/ Cornelius J. Sullivan

                Cornelius J. Sullivan
                Sullivan & Walsh
                51 Ellison Avenue
                Mattapan, MA 02126
                (617) 296-0552

CERTICATE OF SERVICE

The undersigned hereby certifies that a true and accurate copy of the foregoing was mailed first class, postage prepaid on the 21st day of July, 2005 t:

Jon B. Stewart, Esq.
Moriarty, Donoghue & Leja
1331 Main Street
Springfield, MA 01103

Rajaram Suryanarayan, Esq
Gunning & LaFazia, Inc
56 Pine Street 0 7th Fl
Providence, RI 02903

/s/ Cornelius J. Sullivan