UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

ROBERT ROMBOLI, by his Adm'x,      )
CORNELIA ROMBOLI, and CORNELIA     )
ROMBOLI, Ind'lly, Plaintiffs        )
                                    )
v.                                  )    CIVIL ACTION NO. 04-12212-JLT
                                    )
A. RITCHEY COMPANY, Defendant and  )
Third Party Plaintiff, et al.       )

NOTICE OF CHANGE OF APPEARANCE
[MASS. R. CIV. P. 11(d)]

To the Clerk:

Please change my appearance as counsel for the defendant in this case to reflect my new firm affiliation, address and phone number.

JOHN B. STEWART (BBO #551180)
ROSS & ROSS, P.C.
121 State Street
Springfield, MA 01103
Phone (413) 736-2725
Fax (413) 736-1247

CERTIFICATE OF SERVICE

I hereby certify that a true copy of the within document was served upon each other party or counsel of records by mail on July 25, 2005.

JOHN B. STEWART (BBO #551180)
ROSS & ROSS, P.C.