**UNITED STATES DISTRICT COURT**
**DISTRICT OF MASSACHUSETTS**

ROBERT ROMBOLI
        Plaintiff

V.

ALAN RITCHEY, INC., et al
        Defendants

CIVIL ACTION

NO.   04-12212-JLT

**REPORT RE: REFERENCE FOR**
**ALTERNATIVE DISPUTE RESOLUTION**

TO JUDGE   TAURO

[ ]    The above entitled case was reported settled after referral to the ADR Program, but prior to ADR.

[X]    On  February 8, 2006,  I held the following ADR proceeding:

      __ SCREENING CONFERENCE      __ EARLY NEUTRAL EVALUATION
      _X_ MEDIATION      __ SUMMARY BENCH / JURY TRIAL
      __ MINI-TRIAL      __ SETTLEMENT CONFERENCE

[X]    All parties were represented by counsel  [except _____]

[X]    The parties were present in person, by telephone or by authorized corporate officer

        The case was:

[X]    Settled.  A  30  day order of dismissal has been entered.

[ ]    There was progress.

[ ]    Further efforts to settle this case at this time are, in my judgment, unlikely to be productive.  This case should be restored to your trial list.

[ ]    Suggested strategy to facilitate settlement:

[ ]    Other: _____

February 8, 2006
DATE

/s/ Kenneth P. Neiman
ADR Provider

KENNETH P. NEIMAN, U.S. Magistrate Judge