UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| ROBERT ROMBOLI,<br>    Plaintiff<br><br>  v.<br><br>ALAN RITCHEY, INC., et al.,<br>    Defendants | Civil Action No. 04-12212-JLT |

## SETTLEMENT ORDER OF DISMISSAL
February 13, 2006

  The court, having been advised on February 8, 2006, that the above-entitled action has been settled;

  IT IS ORDERED that this action is hereby dismissed without costs and without prejudice to the right of any party, upon good cause shown, to reopen the action within thirty (30) days if settlement is not consummated.

                  By the Court,


                  /s/ Bethaney A. Healy
                  Bethaney A. Healy
                  Deputy Clerk