UNITED STATES DISTRICT COURT
DISTRICT OF MASSACHUSETTS

FILED
CLERKS OFFICE

2006 APR -6  P 12: 40

U.S. DISTRICT COURT
DISTRICT OF MASS

| | |
|---|---|
| ROBERT ROMBOLI, by his Adm'x, CORNELIA ROMBOLI, and CORNELIA ROMBOLI, Individually, Plaintiff | )<br>)<br>)<br>) |
| v. | ) CIVIL ACTION NO. 04-12212-JLT |
| A. RITCHIE COMPANY, whose correct name is ALAN RITCHEY INC., Defendant and Third Party Plaintiff | )<br>)<br>)<br>) |
| v. | )<br>) |
| COP TRANSPORTATION, INC., and SPRINGFIELD TRUCK LEASING, INC., Third Party Defendants | )<br>)<br>) |

### STIPULATION OF DISMISSAL

The parties hereby stipulate to the dismissal of all claims pursuant to Fed. R. Civ. P. 41(a)(1)(ii), with prejudice and without costs, waiving all rights of appeal.

ALAN RITCHEY INC., Defendant/Third Party Plaintiff

By _____
JOHN B. STEWART (BBO #551180)
ROSS & ROSS, P.C.
121 State Street
Springfield, MA 01103
(413) 736-2725

CORNELIA ROMBOLI, Plaintiff

By _____
CORNELIUS SULLIVAN
SULLIVAN & WALSH
51 Ellison Avenue
Mattapan, MA 02126-2803
(617) 296-0005

COP TRANSPORTATION, INC., and
SPRINGFIELD TRUCK LEASING, INC.

By ______________________

RAJARAM SURYANARYAN
GUNNING & LAFAZIA, INC.
56 Pine Street, 7th Floor
Providence, RI 02903
(401) 521-6900